SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Numeriano P. Inumerable (SBN 144076)
101 S. Western Ave.,
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
JULIO CRUZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JULIO CRUZ,

      Plaintiff,

    vs.

CORNING GARDEN GROVE, LLC;
and DOES 1 to 10,

      Defendants.

**Case No.: 8:26-cv-00258-ADS**

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff JULIO CRUZ ("Plaintiff") and Defendant CORNING GARDEN GROVE, LLC stipulate and jointly request that this Court dismiss the above-captioned action, without prejudice, in its entirety.  Each party shall bear his/her/its own costs and attorneys' fees.

\\

\\

\\

\\

\\

\\

STIPULATION OF DISMISSAL

Respectfully submitted,

DATED: April 2, 2026          SO. CAL. EQUAL ACCESS GROUP


By:    /s/  Jason J. Kim
                      Jason J. Kim
                      Attorneys for Plaintiff
                      JULIO CRUZ


DATED: April 2, 2026


By:    /s/ Dan T. Danet
                      Dan T. Danet, Esq.
                      Attorneys for Defendant
                      CORNING GARDEN GROVE, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated: April 2, 2026          By: /s/ Jason J. Kim
                                  Jason J. Kim

-2-