JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JULIO CRUZ, <br><br> Plaintiff, <br><br> vs. <br><br> CORNING GARDEN GROVE, LLC; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 8:26-cv-00258-ADS** <br> Assigned to Hon. Autumn D. Spaeth <br><br> **ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

-2-

Based on the request for dismissal without prejudice and for good cause

shown:

IT IS HEREBY ORDERED that the entire action be dismissed without

Prejudice.

SO ORDERED.

DATED: April 7, 2026            ___/s/ Autumn D. Spaeth_____
                               Autumn D. Spaeth,
                               United States Magistrate Judge

NOTICE OF VOLUNTARY DISMISSAL